NATALIE K. WIGHT, OSB #035576
United States Attorney
District of Oregon
RENATA GOWIE, OSB #175273
Civil Division Chief
1000 SW Third Avenue, Suite 600
Portland, OR 97204-2936
Telephone: (503) 727-1021
Fax: (503) 727-1117
renata.gowie@usdoj.gov

LISA GOLDOFTAS
Special Assistant United States Attorney
Office of Program Litigation, Office 7
Social Security Administration
Office of the General Counsel
701 Fifth Avenue, Suite 2900 M/S 221A
Seattle, WA 98104-7075
Telephone: (206) 615-3858
Fax: (206) 615-2531
lisa.goldoftas@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| MARYKAY RITTER,<br><br>    Plaintiff,<br><br>    vs.<br><br>COMMISSIONER, SOCIAL SECURITY ADMINISTRATION<br><br>    Defendant. | Civil No. 3:21-cv-01463-AA<br><br>ORDER FOR ATTORNEY FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT |

IT IS HEREBY ORDERED that Plaintiff is awarded attorney fees in the amount of

$8,700.00 (Eight Thousand Seven Hundred Dollars) and costs for filing fees in the amount of

$400.00 (Four Hundred Dollars) pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C.

§ 2412, subject to any offset as described in *Astrue v. Ratliff*, 130 S.Ct. 2521 (2010). Any checks shall be mailed to the business address of Plaintiff's counsel: Maren Miller Bam, Salus Law, PLLC, 8513 W. 9th Avenue, Kennewick, WA, 99336. If it is determined that Plaintiff's EAJA fees are not subject to any offset allowed under the Department of the Treasury's Offset Program, the check for EAJA fees shall be made payable to Salus Law, PLLC based upon Plaintiff's assignment of these amounts to Plaintiff's attorney.

IT IS SO ORDERED this  5th  day of      October      2022.

/s/Ann Aiken
ANN AIKEN
UNITED STATES DISTRICT JUDGE

Submitted by:

NATALIE K. WIGHT, OSB #035576
United States Attorney

RENATA GOWIE, OSB #175273
Civil Division Chief

s/ Lisa Goldoftas
LISA GOLDOFTAS
Special Assistant United States Attorney
of Attorneys for Defendant